**Entered on Docket**
**July 07, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust, Series 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.
10-72606

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>Jose Concepcion Salazar<br><br><br>Debtor | Bk Case No.: 10-21744-bam<br><br>Date: _____<br>Time: _____<br><br>Chapter 13 |
|---|---|

**ORDER RE: EX PARTE APPLICATION FOR AN ORDER**
**PURSUANT TO 362 (4) (A) ( i)**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED IT IS HEREBY ORDERED,

ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy has expired.

Secured Creditor, Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust, Series 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc., its assignees and/or successors in interest's Ex Parte Application for an Order Pursuant to 362(4)(A)(i) has been considered by the court. The record reflects that the debtor had two (2) or more bankruptcy petitions pending within the one year period prior to the current filing and that all of the pending cases were dismissed. Pursuant to 362(4)(A)(i) the court confirms there is no stay.

Submitted by:

**WILDE & ASSOCIATES**

By:    /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Pro Se
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee